IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

MARK LEE SEAGRAVES,
          Plaintiff,

                                  Civil Action
   v.                         No. 15-7801 (JBS-AMD)

DAVID TREACHLER,                   **ORDER**

          Defendant.

    This matter having come before the Court on Plaintiff Mark Lee Seagraves' Motion for Default Judgment [Docket Item 15], Defendant David Treachler's Motion to Dismiss and to Vacate the Default Judgment [Docket Items 16 & 17], and Plaintiff's Motion to Stay [Docket Item 19]; and the Court having considered the submissions of the parties; and for the reasons explained in the Memorandum Opinion of today's date;

    IT IS this   **27th**   day of   **March**  , 2017 hereby

    **ORDERED** that Plaintiff's Motion for Default Judgment is **DENIED**, and it is further

    **ORDERED** that Defendant's motion to vacate the Clerk's entry of default is **GRANTED**; and it is further

    **ORDERED** that that Defendant's motion for summary judgment is **DENIED**, and it is further

**ORDERED** that Plaintiff's motion to stay is **DENIED** as moot.

<u>**s/ Jerome B. Simandle**</u>
JEROME B. SIMANDLE
Chief U.S. District Judge